AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*       DISTRICT OF   NEVADA

REYNALDO GAMBOA,

      Plaintiff,     JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:  3:10-CV-00726-RCJ-VPC

E.K. McDANIEL,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITH PREJUDICE.

| December 2, 2010 | **LANCE S. WILSON** |
|---|---|
| Date | Clerk |
| | /s/  M. Campbell |
| | Deputy Clerk |